1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      BALJIT SINGH,                                    No.  2: 19-cv-2048 KJN P

12                    Plaintiff,

13           v.                                          ORDER

14      AGUILERA NICOLAS,

15                    Defendant.

16

17           Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18      to 42 U.S.C. § 1983.  This action is set for a settlement conference before Magistrate Judge Claire

19      on July 31, 2020.

20           On May 26, 2020, plaintiff filed a pleading titled "Opposition to Confidential Records and

21      Privacy Rights."  In this pleading, plaintiff appears to object to a subpoena for his medical records

22      – or the possible overreach of most of the records being sought.  The undersigned construes this

23      pleading as a motion to quash a subpoena.

24           Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this

25      order, defendant shall file a response to plaintiff's motion to quash a subpoena (ECF No. 26);

26      plaintiff may file a reply within seven days thereafter.

27      Dated:  June 4, 2020

        Singh2048.ord

28

                                                        _____
                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE