UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, | No. 2: 19-cv-2048 KJN P |
| Plaintiff, | |
| v. | ORDER |
| NICOLAS AGUILERA, et al., | |
| Defendants. | |

On September 20, 2021, the undersigned ordered defendants Ullery and Vaughn to file a response to plaintiff's motion for a preliminary injunction filed September 17, 2021, within fourteen days from the date of the order.  (ECF No. 64.)  Fourteen days passed and defendants did not file a response to plaintiff's motion for injunctive relief or otherwise respond to the September 20, 2021 order.

Accordingly, IT IS HEREBY ORDERED that within five days from the date of this order, defendants shall show cause why sanctions should not be imposed for their failure to file a response to plaintiff's motion for injunctive relief.

Dated:  October 6, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Singh2048.san