UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, | No. 2: 19-cv-2048 KJN P |
| Plaintiff, | |
| v. | ORDER |
| NICOLAS AGUILERA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 7, 2021, the undersigned ordered defendants to show cause within five days why sanctions should not be imposed for their failure to file a response plaintiff's motion for injunctive relief, as ordered on September 20, 2021. (ECF No. 66.) On October 8, 2021, defendants filed a response to the order to show cause. (ECF No. 67.) Good cause appearing, the order to show cause is discharged.

In the October 8, 2021 pleading, defendants request an extension of time to October 19, 2021, to file a response to plaintiff's motion for injunctive relief. Defendants also request an extension of time to October 29, 2021, to file a motion for summary judgment on behalf of defendant Aguilera. Good cause appearing, these requests for extensions of time are granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The October 7, 2021 order to show cause is discharged;
2. Defendants shall file a response to plaintiff's motion for injunctive relief on or before October 19, 2021;
3. Defendant Aguilera's summary judgment motion is due on or before October 29, 2021.

Dated: October 13, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Singh2048.eot

2