UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>NICOLAS AGUILERA, et al.,<br><br>  Defendants. | No.  2:19-cv-2048 KJN P<br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for a ninety days extension of time to file an opposition to defendants' summary judgment motion.  (ECF No. 80.)

      Defendants filed their summary judgment motion on October 29, 2021.  (ECF No. 71.)  On November 29, 2021, the undersigned granted plaintiff a thirty days extension of time to file his opposition.  (ECF No. 79.)  After reviewing plaintiff's pending motion for extension of time, the undersigned finds good cause to grant plaintiff a forty-five days extension of time.  No further requests for extension of time to file an opposition will be granted except upon a showing of substantial cause.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 80) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file and serve his opposition to defendants' summary judgment motion.

Dated:  January 3, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sing2048.36(2)