UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>            Plaintiff,<br><br>     v.<br><br>NICOLAS AGUILERA, et al.,<br><br>            Defendants. | No. 2: 19-cv-2048 KJN P<br><br><br><br>ORDER |

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. Defendants' motion for extension of time (ECF No. 84) is granted;

   2. Defendants' summary judgment motion is due on or before April 15, 2022.

Dated: April 8, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Singh2048.eot(d)

1