UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, | No. 2:19-cv-2048 KJN P |
| Plaintiff, | |
| v. | ORDER |
| NICOLAS AGUILERA, et al., | |
| Defendants. | |

Plaintiff filed a motion for a ninety-days extension of time to file an opposition to defendants' summary judgment motion. Plaintiff is granted a forty-five day extension of time. No further requests for extension of time will be granted but for a showing of substantial cause.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 88) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file and serve his opposition.

Dated: May 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sing2048.36(3)