IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. AGUILERA, et al.<br><br>　　　　　　　　Defendants. | 2:19-cv-02048-KJN P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

For good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time to file a reply brief (ECF No. 91) is granted;

2. Defendants' reply brief is due on or before July 29, 2022.

Dated: July 12, 2022

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Singh2048.eot(d2)