UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGUILERA NICOLAS, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2048 KJN P<br><br>ORDER APPOINTING COUNSEL |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted.  Bryan L. Hawkins, Matthew D. Segal, and Robert A. Sarkisian have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Brian L. Hawkins, Matthew D. Segal, and Robert A. Sarkisian are appointed as plaintiff's counsel in the above titled matter.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

////

////

////

1

3. The Clerk of the Court is directed to serve a copy of this order on Bryan L. Hawkins, Matthew D. Segal, and Robert A. Sarkisian, Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

Dated: October 6, 2022

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sing2048.31