UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, | No. 2: 19-cv-2048 KJN P |
| Plaintiff, | |
| v. | ORDER |
| AGUILERA NICOLAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for reconsideration of the September 29, 2022 order granting defendants Ullery and Vaughn summary judgment, in part. (ECF No. 97.)  For the reasons stated herein, plaintiff's motion for reconsideration is disregarded.

On October 6, 2022, the court appointed counsel to represent plaintiff.  (ECF No. 96.) Pursuant to the mailbox rule, plaintiff himself filed the motion for reconsideration on October 11, 2022.  (ECF No. 97 at 5.)

Because plaintiff is represented by counsel, plaintiff may communicate with the court only through his counsel.  For this reason, plaintiff's motion for reconsideration is disregarded.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (ECF No. 97) is disregarded;

2. The Clerk of the Court is directed to serve this order on plaintiff, Baljit Singh, AH-1043, Mule Creek State Prison, P.O. Box 409089, Ione, California, 95640.

Dated: October 24, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Singh2045.den