1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BALJIT SINGH,                              No.  2: 19-cv-2048 KJN P

12              Plaintiff,

13         v.                                    ORDER

14    AGUILERA NICOLAS, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  The parties consented to the jurisdiction of the undersigned.

19         Pursuant to the stipulation filed February 3, 2023, IT IS HEREBY ORDERED that:

20         1.   The parties are granted until October 9, 2023, to conduct the following limited

21              discovery:  1) defendant may depose plaintiff; 2) plaintiff may depose defendant and

22              the physicians involved in plaintiff's treatment; and 3) the parties may conduct

23              necessary expert discovery;

24         2.   A settlement conference is set for October 18, 2023, at 9:00 a.m., before the

25              undersigned;

26         3.   All parties shall serve their expert disclosures on or before November 22, 2023;

27         4.   The pretrial conference, set for April 11, 2023, is vacated and reset to December 18,

28              2023, at 9:00 a.m., before the undersigned; the joint pretrial statement is due no later

                                                1

1    than seven days prior to the pretrial conference; and

2    5.   The jury trial, set for May 12, 2023, is vacated; the jury trial shall commence on

3    Friday January 12, 2024, at 9:00 a.m., before the undersigned to address preliminary

4    matters, including motions in limine; jury selection shall begin on Tuesday January

5    16, 2024, at 9:00 a.m.

6    Dated:  February 9, 2023

7

8    _____
     KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

9

10

11

12   Singh2048.mod(2)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28