UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. AGUILERA, ET AL.,<br><br>    Defendants. | Case No. 2:19-cv-02048-KJN (PC)<br><br>**ORDER** |

After considering the Parties' Joint Stipulation, IT IS HEREBY ORDERED that:

1. The current deadline to conduct discovery of October 9, 2023, is vacated and continued to March 8, 2024, to allow the parties to complete the limited discovery referenced in the February 9, 2023 Order, and for the Parties to conduct necessary expert discovery;

2. The December 18, 2023 pretrial conference is vacated and reset to May 16, 2024, at 9:00 a.m.;

3. The January 12, 2024 jury trial is vacated and reset to May 24, 2024, at 9:00 a.m.;

4. The settlement conference set for October 18, 2023, is vacated and reset to March 15, 2024, at 9:00 a.m.; and

////

////

////

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER

-1-

2:19-CV-02048-KJN (PC)

121083699.1 0099880-01466

5. The writ of ad testificandum, filed September 1, 2023, for plaintiff's appearance at the October 18, 2023 settlement conference (ECF No. 103) is vacated; the Clerk of the Court shall serve this order on plaintiff's custodian.

Dated: October 11, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Singh2048.set

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER

-2-

2:19-CV-02048-KJN (PC)

121083699.1 0099880-01466