MATTHEW D. SEGAL (SB#190938)
matthew.segal@stoel.com
ROBERT SARKISIAN (SB #327364)
robert.sarkisian@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiff Baljit Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. AGUILERA, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02048-KJN (PC)<br><br>**STIPULATION TO CONTINUE THE MARCH 14, 2024 SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Judge:　　Hon. Kendall J. Newman<br><br>Trial Date: Not Set<br>Date Action Filed: October 12, 2019 |

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff BALJIT SINGH ("Plaintiff") and Defendant NICOLAS AGUILERA ("Defendant") (collectively, the "Parties"), through their attorneys of record, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows

1. On or about October 11, 2023, the Court granted the Parties Stipulation to Modify the Scheduling Order continuing the deadline to conduct limited discovery through March 8, 2024; continuing the settlement conference to March 15, 2024; and continuing the trial date to May 24, 2024. (Dkt. 105.)

2. On December 12, 2023, the Court on its own motion vacated the settlement conference and reset it to March 14, 2024, and assigned it to Magistrate Judge Allison Claire. The Court also vacated the trial date and pretrial conference.  (Dkt. 106.)

3. The Parties are scheduled to take the deposition of Plaintiff Baljit Singh on February 27, 2024, and were originally scheduled to take the deposition of Defendant Dr. Aguilera on February 21, 2024, but are no longer able to do so due to an unforeseen conflict from Plaintiff's counsel.

4. The Parties request a brief continuance of the March 14, 2024, settlement conference to give the Parties additional time to complete the depositions of Plaintiff and Defendant, as well as take the deposition of critical third-party witnesses Dr. James Yee and Dr. Beth Colombo prior to appearing for Settlement Conference.

NOW, THEREFORE, based on the foregoing, the Parties, by and through their respective undersigned counsel of record, hereby stipulate to the following:

1. For the Court to vacate the current March 14, 2024, Settlement Conference and continue it to a date on or after May 6, 2024;

IT IS SO STIPULATED.

DATED:  February 26, 2024                                   STOEL RIVES LLP

*/s/Robert Sarkisian*
MATTHEW D. SEGAL
ROBERT SARKISIAN
Attorneys for Plaintiff Baljit Singh

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER   -2-   2:19-CV-02048-KJN (PC)
122506054.1 0099880-01466 Include Draft

| | |
|---|---|
| DATED: February 26, 2024 | ROB BONTA<br>Attorney General of California<br><br>/s/ Rohit Kodical<br><br>ROHIT KODICAL<br>Supervising Deputy Attorney General<br>*Attorneys for Defendant Dr. Aguilera* |

**[~~PROPOSED~~] ORDER**

After considering the Parties' Joint Stipulation requesting an Order Continuing the March 14, 2024, Settlement conference, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The Court hereby agrees to vacate the March 14, 2024, Settlement Conference, and hereby orders that the Parties appear for and attend a Settlement Conference scheduled for June 6, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE