MATTHEW D. SEGAL (SB#190938)
matthew.segal@stoel.com
ROBERT SARKISIAN (SB #327364)
robert.sarkisian@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiff Baljit Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. AGUILERA, ET AL.,<br><br>          Defendants. | Case No. 2:19-cv-02048-CSK<br><br>**STIPULATION TO CONTINUE THE JUNE 6, 2024 SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge:     Hon. Chi Soo Kim<br><br>Trial Date: Not Set<br>Date Action Filed: October 12, 2019 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE THE
SETTLEMENT CONFERENCE;
[PROPOSED] ORDER
123226654.1 0099880-01466

-1-

2:19-CV-02048-CSK

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff BALJIT SINGH ("Plaintiff") and Defendant NICOLAS AGUILERA ("Defendant") (collectively, the "Parties"), through their attorneys of record, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows

1. On or about March 4, 2024, the Court granted the Parties Stipulation to continue the March 14, 2024 Settlement Conference to June 6, 2024. (Dkt. 110.)

2. On April 29, 2024, the Court issued an order confirming the June 6, 2024 Settlement Conference as well as scheduling a pre-settlement conference for May 31, 2024. In preparation for the pre-settlement conference, the Parties are required to submit confidential settlement statements by May 23, 2024.

3. On February 27, 2024, Defendant took the deposition of Plaintiff Baljit Singh. Pursuant to stipulation between the parties, Mr. Singh is still in the process of reviewing his deposition transcript.

4. The Parties are scheduled to take the deposition of Defendant Nicolas Aguilera on May 16, 2024.

5. The Parties have also agreed that the depositions of critical third-party witnesses will be necessary before they can adequately participate in the Settlement Conference, which includes Dr. James Yee and Dr. Ian Murton.

6. The Parties request a brief continuance of the June 6, 2024, settlement conference to give the Parties additional time for Mr. Singh to complete his review of the deposition transcript, to complete the deposition of the Defendant Aguilera, and coordinate the taking of the depositions of critical third-party witnesses Dr. James Yee and Dr. Ian Murton prior to appearing for Settlement Conference.

NOW, THEREFORE, based on the foregoing, the Parties, by and through their respective undersigned counsel of record, hereby stipulate to the following:

1. For the Court to vacate the current June 6, 2024, Settlement Conference and continue it to a date on or after September 6, 2024;

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER
123226654.1 0099880-01466
-2-
2:19-CV-02048-CSK

IT IS SO STIPULATED.

DATED: May 20, 2024                     STOEL RIVES LLP

/s/Robert Sarkisian
MATTHEW D. SEGAL
matthew.segal@stoel.com
ROBERT SARKISIAN
Robert.sarkisian@stoel.com

Attorneys for Plaintiff Baljit Singh

DATED: May 6, 2024

ROB BONTA
Attorney General of California

/s/ *Jessica R. Doker*

JESSICA R. DOKER
Deputy Attorney General
*Attorneys for Defendant Dr. Aguilera*

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE THE
SETTLEMENT CONFERENCE;
[PROPOSED] ORDER
123226654.1 0099880-01466

-3-

2:19-CV-02048-CSK

**[PROPOSED] ORDER**

After considering the Parties' Joint Stipulation requesting an Order Continuing the June 6, 2024, Settlement conference, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The Court hereby agrees to vacate the June 6, 2024, Settlement Conference, and hereby orders that the Parties appear for and attend a Settlement Conference scheduled for September 19, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE