1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BALJIT SINGH,                          No.  2:19-cv-02048 CSK P

12              Plaintiff,

13         v.                               ORDER

14   NICOLAS AGUILERA,

15              Defendant.

16

17         Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  This action is set for a settlement conference before United States

19   Magistrate Judge Allison Claire on September 19, 2024.  (ECF No. 118.)

20         This Court has received the parties' Joint Stipulation requesting modification of the

21   August 8, 2024 Further Pretrial Scheduling Order to permit the parties to complete the deposition

22   of defendant Nicolas Aguilera where approximately two hours remain of the allotted time for the

23   deposition, and for plaintiff to serve a subpoena for plaintiff's current medical records.[1]  (ECF

24   No. 123.)  The parties represent that both of these limited discovery items can be completed

25   before September 19, 2024.  The Court notes that plaintiff may request his own medical records

26   _____

27   [1]  After submitting the Joint Stipulation, the parties confirmed on August 26, 2024 by email
     communication with court staff that the California Substance Abuse Treatment Facility and State
     Prison in Corcoran, California is the institution from which plaintiff's current medical records are
28   sought.

                                           1

without a subpoena.

Because defendant agrees to this limited modification of the August 8, 2024 Further Pretrial Scheduling Order, and good cause appearing in furtherance of the parties' efforts to settle this lawsuit, the Court grants the parties' joint stipulation as follows:

The August 8, 2024 Further Pretrial Scheduling Order is modified to permit:

(1) prior to September 19, 2024, the parties to complete the deposition of defendant Nicolas Aguilera limited to approximately two hours remaining of the allotted time for this deposition; and

(2) prior to September 19, 2024, plaintiff to serve a subpoena for plaintiff's current medical records from the Substance Abuse Treatment Facility and State Prison, and for the Substance Abuse Treatment Facility and State Prison to produce plaintiff's current medical records to plaintiff.

IT IS SO ORDERED.

Dated:  August 26, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Singh2048.mod(3)

2