# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

BALJIT SINGH,

      Plaintiff,

v.

AGUILERA NICOLAS, et al.,

      Defendants.

No. 2:19-cv-2048 CSK P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Baljit Singh, CDCR # AH-1043, a necessary and material witness in a further settlement conference in this case on April 24, 2025, is confined in the California Substance Abuse Treatment Facility ("CSATF"), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by Zoom video conference from his place of confinement, on Thursday, April 24, 2025 at 9:00 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a further settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Substance Abuse Treatment Facility at (559) 992-7101 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jonathan Anderson, Courtroom Deputy, at janderson@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSATF, P. O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  03/06/25

Sing2048.841Z(h)/2

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE