MATTHEW D. SEGAL (SB#190938)
matthew.segal@stoel.com
ROBERT SARKISIAN (SB #327364)
robert.sarkisian@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiff Baljit Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. AGUILERA, ET AL.,<br><br>            Defendants. | Case No. 2:19-cv-02048-CSK<br><br>**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER TO ALLOW FOR EXPERT DISCOVERY; ORDER**<br><br>Judge:   Hon. Chi Soo Kim<br><br>Action Filed:   October 12, 2019<br>Trial Date:     Not Set |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER TO ALLOW FOR EXPERT DISCOVERY; [PROPOSED] ORDER

-1-

2:19-CV-02048-CSK

128748493.1 0099880-01466

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Baljit Singh and Defendant Nicolas Aguilera (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on August 23, 2024, the Parties submitted a Joint Stipulation Requesting to Modify the August 8, 2024 Further Pretrial Scheduling Order requesting the Court allow the Parties to complete targeted remaining fact discovery, which included completing the deposition of Defendant Nicolas Aguilera and serving a subpoena for records of Plaintiff's medical records;

WHEREAS, on August 27, 2024, the Court in its Order modified the scheduling order to allow the Parties to complete the deposition of Defendant Nicolas Aguilera and to serve a subpoena for Plaintiff's current medical records;

WHEREAS, the Parties participated in a Settlement Conference with Hon. Allison Claire on September 19, 2024;

WHEREAS, while the matter did not resolve at the September 19, 2024, Settlement Conference, the Parties reached an agreement in principle shortly thereafter, and filed a Notice of Settlement on December 18, 2024, notifying the Court of the agreement;

WHEREAS, the Parties were unable to finalize a settlement agreement and requested a further Settlement Conference, which took place on April 24, 2025;

WHEREAS, the Parties were unable to reach a final agreement at the April 24, 2025, Further Settlement Conference;

WHEREAS, despite the Parties' diligent efforts to resolve this case, settlement was not finalized, and trial preparation must now proceed in earnest;

THEREFORE, to ensure a fair presentation of the evidence and account for developments since the original expert deadlines, including Plaintiff's current medical condition, the Parties jointly request the Court reopen expert discovery for ninety (90) days for limited purposes of serving disclosures, supplementing reports, and conducting expert depositions, to avoid prejudice and promote an efficient trial.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER TO ALLOW FOR EXPERT DISCOVERY; [PROPOSED] ORDER
128748493.1 0099880-01466

-2-

2:19-CV-02048-CSK

NOW, THEREFORE, based on the foregoing, the Parties, by and through their respective undersigned counsel of record, hereby stipulate to the following:

1. For the Court to modify the Pretrial Scheduling Order to permit the Parties to conduct expert discovery through on or about August 1, 2025.

IT IS SO STIPULATED.

DATED: May 5, 2025                                STOEL RIVES LLP

/s/Robert Sarkisian
MATTHEW D. SEGAL
matthew.segal@stoel.com
ROBERT SARKISIAN
Robert.sarkisian@stoel.com

Attorneys for Plaintiff Baljit Singh

DATED: May 5, 2025

ROB BONTA
Attorney General of California

/s/ Jessica R. Doker
JESSICA R. DOKER
Deputy Attorney General

Attorneys for Defendant Dr. Aguilera

# ORDER

After considering the Parties' Joint Stipulation, and good cause appearing therefore, the Court hereby modifies the Pretrial Scheduling Order to reflect the new deadline for the Parties to complete expert discovery shall be no later than August 1, 2025.

IT IS SO ORDERED.

Dated: May 9, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Singh2048.stip(2)/2

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER TO ALLOW FOR EXPERT DISCOVERY; [PROPOSED] ORDER

-4-

2:19-CV-02048-CSK

128748493.1 0099880-01466