UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, | No. 2:19-cv-2048 CSK P |
| Plaintiff, | |
| v. | ORDER |
| NICOLAS AGUILERA, | |
| Defendant. | |

On September 5, 2025, the parties filed a stipulation of dismissal with prejudice and notice of voluntary settlement. (ECF No. 159.) Good cause appearing, IT IS HEREBY ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued August 29, 2025 for plaintiff to be brought to court on September 8, 2025 (ECF No. 157) is vacated;

2. The order and writ of habeas corpus ad testificandum issued August 27, 2025 for plaintiff to be brought to court on October 6, 2025 (ECF No. 156) is vacated;

3. The Clerk of the Court is directed to serve a copy of this order by fax or email on the Out-To-Court Desk, California State Prison-Sacramento and by fax or email on the Litigation Coordinator at Substance Abuse Treatment Facility (559-992-7191).

///

///

1 | Dated: September 5, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Singh2048.vac/2

2