1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ROHIT S. KODICAL, State Bar No. 215497
   Supervising Deputy Attorney General
3  JESSICA R. DOKER, State Bar No. 339009
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 510-3455
    Fax:  (415) 703-5480
6   E-mail:  Jessica.Doker@doj.ca.gov
   *Attorneys for Defendant Dr. Nicolas Aguilera*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BALJIT SINGH,**<br><br>                              Plaintiff,<br><br>           v.<br><br>**NICOLAS AGUILERA, ET AL.,**<br><br>                              Defendants. | 2:19-cv-02048-CSK<br><br>**NOTICE OF SETTLEMENT, STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:         The Honorable Chi Soo Kim<br>Trial Date:   October 6, 2025 |

1  TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

2     The parties have reached a settlement in this matter. As such, the parties hereby stipulate
3  that the instant action be dismissed in its entirety with prejudice.

                                      Respectfully submitted,

Dated:  September 5, 2025             ROB BONTA
                                      Attorney General of California
                                      ROHIT S. KODICAL
                                      Supervising Deputy Attorney General


                                      /s/ *Jessica R. Doker*

                                      JESSICA R. DOKER
                                      Deputy Attorney General
                                      *Attorneys for Defendant Dr. Nicolas Aguilera*


Dated:  September 5, 2025             STOEL RIVES LLP


                                      /s/ Robert Sarkisian (as authorized on 9/5/25)
                                      MATTHEW D. SEGAL
                                      matthew.segal@stoel.com
                                      ROBERT SARKISIAN
                                      Robert.sarkisian@stoel.com

                                      Attorneys for Plaintiff Baljit Singh

2

**ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing, **IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:  September 5, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Singh2048.dis/2